**Order entered December 23, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00105-CV

**DEBORAH ANN MOON, Appellant**

**V.**

**CARL JOHN SCHEEF, III, Appellee**

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-55705-2018**

## ORDER

Before the Court is appellee's December 21, 2020 third unopposed motion for extension of time to file to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 31, 2020. As the brief was first due October 21, 2020, we caution appellee that further extension requests will be disfavored.

/s/     KEN MOLBERG
JUSTICE